## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02379-GPG

JOSHUA LAMONT SUTTON,

    Plaintiff,

v.

THE UNITED STATES,
RODNEY FOURACHER,
ANDREW HAYDEN,
MATTHEW WALLACE,
THE CITY OF PUEBLO,
CHRISTINE GUERIN,
BRIAN GOWIN,
ANTHONY RODERICK,
BILL THIEBOUT,
STEPHEN TALBOT,
ATELLE JONES,
RICK RAEMISCH,
FRAN LaPAGE,
BOBBY BONNER, and
SEVERAL UNKNOWN PERSONS,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On December 30, 2014, Plaintiff submitted an Urgent Motion to Serve Summons and Amended Complaint, ECF No. 23. The Motion is denied as premature.

Dated: December 31, 2014