**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02379-GPG

THE UNITED STATES,
SEVERAL SOCIAL SECURITY ADMINISTRATIONS OFFICERS, Names Unknown,
SOCIAL SECURITY ADMINISTRATION,
SEVERAL CITY OF PUEBLO POLICE DEPARTMENT OFFICERS, Names Unknown,
OFFICER MATTHEW VanLEEUWEN, City of Pueblo Police Department,
THE CITY OF PUEBLO POLICE DEPARTMENT,
OFFICER VAUGHN, City of Pueblo Police Department,
OFFICER ORESKOVICH, City of Pueblo Police Department,
OFFICER DEBRA ROMAN, City of Pueblo Police Department,
DEPUTY CHRISTINE GUERIN, Pueblo County Sheriff's Office,
DEPUTY BRIAN GOWIN, Pueblo County Sheriff's Office,
SGT. LIGHTCAP, Pueblo County Sheriff's Office,
OFFICE ARRON ORDWAY, City of Pueblo Police Department,
DEPUTY CHRIS BASLLARGEON, Pueblo County Sheriff's Office,
ISHA ROBERTS, Wife,
OFFICER DANIEL MARIANO, City of Colorado Springs Police Officer,
NURSE DEBRA TOTA, City of Colorado Springs Memorial Hospital,
DEPUTY ANTHONY RODERICK, Pueblo County Sheriff's Office,
SEVERAL PUEBLO COUNTY SHERIFF'S OFFICE DEPUTIES, Names Unknown,
KALEN McKEE, Best Friend,
REMAX INCORPORATED,
LORI ALLEN, Remax Associates,
LYNN MARTINEZ, The United States Bankruptcy Trustee, In Their Official and
    Individual Capacities,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

On February 20, 2015, Plaintiff submitted an Urgent Motion to File Third Amendment of Complaint, Pursuant to F.R.C.P. 15(a)(2), ECF No. 28. The Motion is denied as unnecessary. The Clerk of the Court is directed to enter ECF No. 28-1 as a separate filing titled, "Third Amended Complaint." No further amendments will be allowed without leave of Court.

Dated: February 23, 2015