IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02379-RM-MJW

JOSHUA LAMONT SUTTON,

Plaintiff,

v.

MATTHEW VANLEEUWEN,
BRIAN GOWIN,
ANTHONY RODERICK, and
FRAN LAPAGE,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Serve Summons and Amended/Drawn Complaint (Docket No. 39) is DENIED WITHOUT PREJUDICE as to Defendant MATTHEW VAN LEEUWEN and DENIED AS MOOT as to DEFENDANTS BRIAN GOWIN, ANTHONY RODERICK, and FRAN LAPAGE, for the following reasons.

Chambers has conferred with the Clerk of Court about the current status of service in this case.  Although the docket sheet does not reflect any issuance of summons, the Clerk of Court has in fact provided the U.S. Marshal with summons and a copy of the complaint.  The U.S. Marshal has or will soon request waiver of service from Defendants; should waiver not be received, the U.S. Marshal will attempt personal service.  Plaintiff's motion is therefore denied for now, with leave to re-file in 45 days if need be.

Further, Defendants Gowin, Roderick, and LaPage entered appearances on April 10, 2015, representing that they were served on March 23, 2015.  Plaintiff's motion is thus moot as to these three defendants.

Date: April 10, 2015