IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02379-RM-MJW

JOSHUA LAMONT SUTTON,

Plaintiff,

v.

MATTHEW VANLEEUWEN,
BRIAN GOWIN,
ANTHONY RODERICK, and
FRAN LAPAGE,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Emergency Motion for Leave of Court to Compel Deposition of Isha Louise Roberts (By Remote Means) (Docket No. 66) is GRANTED IN PART and DENIED IN PART. The motion is granted insofar as Plaintiff is granted leave to take Ms. Roberts's deposition through remote means.  The motion is denied as moot in all other respects, since leave of court is no longer required for depositions.

Date: May 27, 2015