IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02379-RM-MJW

JOSHUA LAMONT SUTTON,

Plaintiff,

v.

MATTHEW VANLEEUWEN,
BRIAN GOWIN,
ANTHONY RODERICK, and
FRAN LAPAGE,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's "Objection Disclosure Violation Due to 261 Pages on C.D." (Docket No. 78), which the Court views as a motion for relief, is GRANTED.  Defendants are hereby ordered to serve their 261-page initial disclosures on plaintiff in a paper, non-electronic format.

Date: June 15, 2015