IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02379-RM-MJW

JOSHUA LAMONT SUTTON,

Plaintiff,

v.

MATTHEW VANLEEUWEN,
BRIAN GOWIN,
ANTHONY RODERICK, and
FRAN LAPAGE,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      On June 25, 2015, plaintiff filed a document titled "Urgent Notice for Taking Deposition of Isha Roberts; Alternatively, Plaintiff Will Separately Motion for Leave of the Court to Appoint Person to Administer Oaths and Take Testimony."  (Docket No. 86.)  The Clerk of Court docketed the notice as a motion; however, it seeks no relief from the Court and mentions only a possible future, separate motion for the Court to make an appointment for purposes of depositions.  Accordingly, the document is not a motion.  The Clerk fo Court is directed to TERMINATE the motion designation in CM/ECF and redesignate the document as a notice.

Date: June 26, 2015