# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  14-cv-02379-RM-MJW | FTR - Courtroom A-502 |
| **Date:**  July 20, 2015 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| JOSHUA LAMONT SUTTON #96416 | *Pro Se*   (by telephone) |
| Plaintiff(s), | |
| v. | |
| MATTHEW VanLEEUWEN, Pueblo Police Officer, BRIAN GOWIN, Pueblo County Sheriff Deputy, ANTHONY RODERICK,  Pueblo County Sheriff Deputy,  and FRAN LaPAGE,  Pueblo County Sheriff Deputy, | Ann B. Smith   (by telephone) Anthony Melonakis |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **STATUS CONFERENCE**
**Court in Session:**   2:02  p.m.
Court calls case.  Appearances of *Pro Se* plaintiff and defense counsel.

The Court calls Plaintiff's Emergency Motion to Compel Attendance of Defendants at the Deposition Due to Defendant Parties' Waiver of Objections or, Alternatively, for  Court to Appoint Person to Administer Oaths and Take Testimony [Docket No. 93, filed July 09, 2015] for discussion.

**It is ORDERED:**    Plaintiff's Emergency Motion to Compel Attendance of Defendants at the Deposition Due to Defendant Parties' Waiver of Objections or, Alternatively, for  Court to Appoint Person to Administer Oaths and Take Testimony [Docket No. **93**, filed July 09, 2015] is DENIED WITHOUT PREJUDICE for reasons as set forth on the record.

The deposition of Isha Roberts will be taken.

She will be ordered, in a future court order, to appear at a United States District Court in Missouri, near her home,  and appear before Magistrate Judge Michael J. Watanabe via video conference to take oath to testify.

The Court will swear the witness; she will then be under oath when the deposition proceeds thereafter.   Counsel are to appear in person in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294, to be taken to the nearby Conference Room.

Plaintiff and deponent Isha Roberts shall then appear by conference call, made to the Court (303) 844-2403.   Plaintiff shall record the deposition with an electronic voice recorder.

A room at a U. S. District Court in Missouri will be reserved for the deponent, Isha Roberts. The deposition will be set either on August 19, August 20, or August 21, 2015,  depending on the availability of a room in the courthouse, and the availability of the I.T. technicians to set up the video conference.

The Court will issue an ORDER once a date/time is coordinated with the U.S. District Court in Missouri.

Hearing concluded.
**Court in recess:**   2:25 p.m.
Total In-Court Time 00:23

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.