IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02379-RM-MJW

JOSHUA LAMONT SUTTON,

Plaintiff,

v.

MATTHEW VANLEEUWEN,
BRIAN GOWIN,
ANTHONY RODERICK, and
FRAN LAPAGE,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Defendant Van Leeuwen's Motion to Stay Discovery (**Docket No. 143**) is GRANTED.  Discovery is stayed as to Defendant Van Leeuwen only.  Discovery shall continue per the Scheduling Order (Docket No. 69) as to all other parties.

- Based on Defendants' representation that they did not receive service of the subject discovery requests, and Plaintiff's failure to attach proof of service to his motion, Plaintiff's Motion to Compel Answers (**Docket No. 135**) and Motion to Compel Admissions (**Docket No. 136**) are both DENIED WITHOUT PREJUDICE.  Plaintiff may re-file the motions with proper proof of service, if he wishes.

- The Court notes that Plaintiff repeated his written discovery requests in the motions themselves, and that counsel for all Defendants received service of the motions through CM/ECF.  It is hereby ORDERED that Defendants Gowin, Roderick, and LaPage shall treat Plaintiff's two motions to compel (Docket Nos. 135 & 136) as proper service of the discovery requests described therein.  Defendants Gowin, Roderick, and LaPage shall provide timely responses to these requests on or before January 8, 2016.

Date: December 14, 2015