IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02379-RM-MJW

JOSHUA LAMONT SUTTON,

Plaintiff,

v.

MATTHEW VANLEEUWEN,
BRIAN GOWIN,
ANTHONY RODERICK, and
FRAN LAPAGE,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Plaintiff's Motion for Production of the 62 Pages Disclosed - Unaltered (Docket No. 152) is DENIED for the reason stated in Defendants' response (Docket No. 154).

- Plaintiff's Motion for the Issuance of Subpoenas (Docket No. 155) is GRANTED IN PART and DENIED IN PART.  More specifically:

    - The Clerk of Court is directed to sign three copies of a subpoena duces tecum, with the caption of this case filled in, and to mail them to Plaintiff at his address of record.

    - The motion is denied in all other respects.

- Plaintiff's Motion for Leave for Extension of Deadline to Depose and Produce from Non-Parties (Docket No. 156) is DENIED AS MOOT.  The Court's December 21, 2015 Minute Order (Docket No. 148) extending the discovery cut-off until March 7, 2016 and the dispositive-motions deadline until April 6, 2016 was not limited to Defendants; the same extension applies equally to Plaintiff.  As such, the relief Plaintiff seeks has already been granted.

- Plaintiff's Declared Motion for Leave to Depose and Produce From Non-Parties (Docket No. 157) is DENIED WITHOUT PREJUDICE.  The Court

>  is unaware of any reason why Plaintiff needs leave of court before proceeding with these depositions subpoena requests; to the best of the Court's knowledge, Plaintiff may proceed without leave of Court. Should any of the conditions identified in Fed. R. Civ. P. 30(a)(2) or 31(a)(2) exist, Plaintiff may re-file his motion with an explanation as to why leave is required and why it should be granted.

Date: January 13, 2016